**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **RODOLFO ROMAN A/K/A PABLO ROMAN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:25-cv-41** |
| **HPC INDUSTRIAL GROUP, INC., HPC INDUSTRIAL SERVICES, LLC, and KINDER MORGAN, INC.,** | § | |
| **Defendants.** | § | |

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT KINDER MORGAN, INC. TO ANSWER OR OTHERWISE RESPOND**

Plaintiff Rodolgo Roman A/K/A Pablo Roman ("*Plaintiff*"), and Defendant Kinder Morgan, Inc. ("*Defendant*" or "*KMI*"), file this agreed motion for extension of time to answer or otherwise respond, as follows:

1. Plaintiff filed the Amended Complaint in the above-referenced action on October 30, 2025.

2. KMI was served on December 16, 2025, setting the Answer deadline for January 6, 2026.

3. Plaintiff and KMI have agreed to extend the deadline for KMI to file its Answer or other responsive pleading by 30 days to February 5, 2026.

4. The requested extension is not for delay, but so that justice may be served.

**PRAYER**

Plaintiff and KMI respectfully request that the Court enter an Order granting KMI an extension of time to file its answer or other responsive pleading to Plaintiff's Complaint, up to and including February 5, 2026.

Respectfully submitted,

**KRW LAWYERS**

BY: /S/ R. SCOTT WESTLUND
R. SCOTT WESTLUND
STATE BAR NO. 00791906
SCOTT@KRWLAWYERS.COM
19122 US HIGHWAY 281 N., SUITE 324
SAN ANTONIO, TEXAS 78258
TEL: (210) 490-4357
FAX: (210) 490-8372

**ATTORNEY FOR PLAINTIFF**

**AND**

BY: /S/ PAUL SCULLEY
PAUL D. SCULLEY
STATE BAR NO. 24008006
PAUL_SCULLEY@KINDERMORGAN.C
OM
1001 LOUISIANA, SUITE 1000
HOUSTON, TEXAS 77002
TEL: (713) 420-6209

**ATTORNEYS FOR DEFENDANT**
**KINDER MORGAN, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 22nd day of December, 2025, a true and correct copy of the foregoing document was forwarded via e-service through the ECF system to all counsel of record.

/S/ R. Scott Westlund
R. Scott Westlund